UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CAMPOS and JONATHAN WEISS on behalf of themselves and others similarly situated

CIVIL ACTION NO.: 1:26-CV-254

vs

*Plaintiff*

NEXUS T-SQUARED SOCIAL NY LLC, d/b/a T-SQUARED SOCIAL

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **1/14/2026** at **12:44 PM** at **28 Liberty Street, 42nd fl., New York, NY 10005**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Nexus T-Squared Social NY LLC, d/b/a T-Squared Social**,

by delivering thereat a true copy of each to **Vincenza Cipriano** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Female
Race: White
Hair : Black
Age : 51 - 65 Yrs.
Height : 5' 0" - 5' 3"
Weight :100-130 Lbs.
Other : Glasses

I affirm on 01/15/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Pimentel
License No.2066974-DCA

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160