UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA CAMPOS and JOHNATHAN WEISS, on behalf of themselves and all others similarly situated, <br><br>         **Plaintiffs,** <br><br>     -against- <br><br> NEXUS T-SQUARED SOCIAL NY LLC, D/B/A T-SQUARED SOCIAL, <br><br>         **Defendant.** | 26-cv-00254 (ALC) <br><br> <u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' May 18, 2026, joint letter advising the Court that the parties have reached a settlement in this matter.   The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).   The parties should also indicate whether they consent to proceed in front of a magistrate judge for proceedings related to the settlement.   The proposed settlement and accompanying memorandum shall be filed no later than June 18, 2026.

**SO ORDERED.**

**Dated**:  May 21, 2026
     New York, New York

              _____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**