**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ANA CAMPOS and JOHNATHAN WEISS,**
**on behalf of themselves and all others**
**similarly situated,**

          **Plaintiffs,**

    **-against-**

**NEXUS T-SQUARED SOCIAL NY LLC,**
**D/B/A T-SQUARED SOCIAL,**

          **Defendant.**

**26-cv-00254 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' June 9, 2026, proposed judgment.   Per the Court's May 21, 2026, Order, the parties were directed to file, along with the proposed settlement, a joint memorandum of law explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).   The parties were also directed to indicate whether they consent to proceed in front of a magistrate judge for proceedings related to the settlement.   The parties have not filed the memorandum, nor have they indicated whether the consent to proceed in front of a magistrate judge.

Accordingly, the parties are **ORDERED** to file the memorandum no later than June 26, 2026.

**SO ORDERED.**

**Dated**:   June 22, 2026
         New York, New York

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**