

101 Park Avenue, 17th Floor
New York, NY 10178
📞 212.878.7900 🖨 212.692.0940
www.foxrothschild.com

ALEXANDER W. BOGDAN
Direct No. 212.878.7941
Email: abogdan@foxrothschild.com

June 26, 2026

**VIA ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, New York 10007

>       **Re:**    **Campos et al v. Nexus T-Squared Social NY LLC,**
>              **d/b/a T-Squared Social, No. 26-cv-00254 (ALC)**
>              **The Court's June 22, 2026 Order Re: *Cheeks* Review**

Dear Judge Carter:

        We are counsel to Defendant Nexus T-Squared Social NY LLC d/b/a T-Squared Social ("Defendant") in the above-referenced action.  We write to join in Plaintiffs' June 23, 2026 letter motion to enter the proposed judgment filed in this matter.  *See* Dkt. No. 21.  For the reasons set forth in Plaintiff's letter, we respectfully request that the Court enter the proposed judgment.

>                        Respectfully submitted,
>
>                        */s/ Alexander W. Bogdan*
>
>                        Alexander W. Bogdan

cc: All Counsel of Record (via ECF)

A Pennsylvania Limited Liability Partnership

California     Colorado     Delaware     District of Columbia     Florida     Georgia     Illinois     Massachusetts     Minnesota     Missouri
Nevada     New Jersey     New York     North Carolina     Oklahoma     Pennsylvania     South Carolina     Texas     Washington

186896734.1