UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CAMPOS and JONATHAN WEISS, on behalf of themselves and others similarly situated

Plaintiffs,

v.

NEXUS T-SQUARED SOCIAL NY LLC, d/b/a T-SQUARED SOCIAL,

Defendant.

26 Civ. 00254 (ALC)

**JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Nexus T-Squared Social NY LLC, d/b/a T-Squared Social ("Defendant") having offered to allow judgment to be entered against it and in favor of Plaintiffs Ana Campos and Jonathan Weiss ("Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Plaintiffs' Causes of Action brought under the Fair Labor Standards Act ("FLSA") as contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Plaintiffs have confirmed acceptance of Defendant's offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) against Defendant Nexus T-Squared Social NY LLC, d/b/a T-Squared Social and in favor of Plaintiffs Ana Campos and Jonathan Weiss shall be entered encompassing all of Plaintiffs' FLSA Causes of Action contained in the Complaint in this Action.

Dated: July 27, 2026
New York, New York

Hon. Andrew L. Carter, U.S.D.J.