**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANA CAMPOS and JOHNATHAN WEISS, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**-against-**

**NEXUS T-SQUARED SOCIAL NY LLC, D/B/A T-SQUARED SOCIAL,**

**Defendant.**

**26-cv-00254 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties have filed a Notice of Acceptance of Offer of Judgment. ECF No. 18. The Court then entered an Order of Judgment in Plaintiff's favor. ECF No. 24. Based upon that Order, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated**: July 27, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**